IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 FEB -1 PM 1:45

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE MATTER OF THE SEARCH OF

a. APPLE I PHONE 6, MODEL A1586, IMEI 356147092942886 (Silver IPhone in black case with cracked screen).

b. APPLE I PHONE 6, MODEL A1586, IMEI 356147092978302 (Silver IPhone in blue case).

c. SAMSUNG, Model: SM-S327VCB, Serial Number: 355744096352095 (Black Cell Phone with cracked screen).

d. APPLE I PHONE 8S, Rose Gold IPhone with cracked screen in a red case.

e. Cricket LG, Black, IMEI: 354376094707722, S/N: 808CYEA470772

CURRENTLY LOCATED AT US SECRET SERVICE, 200 WEST SECOND ST., SUITE #811, DAYTON, OH 45402

Case No. 3:19 mj 051

**ORDER SEALING APPLICATIONS, SEARCH WARRANTS, SUPPORTING AFFIDAVITS AND RETURNS**

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

_____2/1/19_____  
DATE

_____  
MICHAEL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE